855-15
856-15
857-15

# ELECTRONIC RECORD

COA #   05-14-01081-CR          OFFENSE:  22.021

STYLE:  Richard Balderas v. The State of Texas          COUNTY:  Dallas

COA DISPOSITION:  AFFIRMED AS MODIFIED          TRIAL COURT:  203rd Judicial District Court

DATE: 06/18/15          Publish: NO          TC CASE #:   F-1141658-P

# IN THE COURT OF CRIMINAL APPEALS

855-15
856-15
857-15

STYLE:  Richard Balderas v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___10/14/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD